IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEON E. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:14-cv-01084-MLB-KMH |
| | ) |
| LOANDEPOT.COM, LLC, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF SAEED GHASEMZADEH IN SUPPORT OF MOTION TO STAY

I, Saeed Ghasemzadeh, pursuant to 28 U.S.C. § 1746, being of full age, hereby declare as follows:

1. I am the Director of the Contact Center Operations for Defendant loanDepot.com, LLC ("loanDepot"). As such, I am fully familiar with the records and history of this matter and fully authorized to make this Declaration. I make this Declaration in support of loanDepot's Motion to Stay.

2. The telephone system used by loanDepot to call the number allegedly owned by the Plaintiff is a "predictive dialer," in that the dialing system is premised off leads obtained from online applications and then those leads are uploaded into loanDepot's system and then predictively dialed. It only dials numbers that are programmed into it from loanDepot's database; it does not randomly dial numbers.

3. I have confirmed with loanDepot's telephone system vendor (Interactive Intelligence, Inc. ("Interactive") that the dialing system that loanDepot utilizes, which was delivered to loanDepot by Interactive, and that was utilized to place the calls at issue in this case,

OM 278932.1

EXHIBIT B

does not have the capacity to store or produce telephone numbers to be called using a random or sequential number generator.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Saeed Ghasemzadeh