# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEON E. LEE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  Case No. 14-1084-MLB |
| | ) |
| LOANDEPOT.COM, LLC, | ) |
| | ) |
|    Defendant. | ) |

## ORDER ON SCHEDULING CONFERENCE

A telephone scheduling conference was conducted on May 20, 2014. Appearing pro se as plaintiff was Leon Lee. Appearing as counsel on behalf of defendant was Josh Dickinson. Prior to the conference, the parties met by telephone and submitted a planning report pursuant to Rule 26(f).

After discussion with the participants, the court ORDERS that defendant shall file its motion for stay no later than **May 23, 2014.** After the motion ripens with full briefing (response and reply), the court will rule on the motion for stay and the case will proceed in accord with the order. For these reasons, no scheduling order will be entered pending the ruling on the motion for stay.

IT IS SO ORDERED.

Dated May 23, 2014, at Wichita, Kansas.

s/ Karen M. Humphreys  
KAREN M. HUMPHREYS  
U.S. Magistrate Judge

1