FILED
U.S. District Court
District of Kansas

JUN -6 2014

Clerk, U.S. District Court
By_____ Deputy Clerk

# Affidavit of Fact

Now comes the Affiant, Terry Owens of Wichita, Kansas who is over the age of 21 years, and declares as follows, under penalty of perjury:

On March 13, 2013 I was at the home of Leon Lee in Wichita, Kansas with my wife to visit with Leon and his wife Marilyn. Mr. Lee received the first of a number of back to back phone calls on his cell phone while he was outside his home with me present. The calls continued when I was visiting Mr. Lee and his wife inside their home. I heard Mr. Lee inform the first few callers that they had the wrong number. Mr. Lee continued to answer the repeated cell phone calls saying "Hello, Hello, Hello" and then hung up the call when it appeared there was nobody there. The phone rang repeatedly for a long period of time one call right after the other, interrupting our conversations and visibly upsetting Mr. Lee. I asked who was calling and Mr. Lee replied, "I don't know who it is."

## AFFIRMATION

I hereby affirm that I prepared this Affidavit and the foregoing statements in this Affidavit are true.

At Wichita, Kansas on the 23rd day of May 2014

_____
Terry Owens Affiant

On this 23rd day of May 2014 Terry Owens did appear before me and authenticate this document for the purposes so stated.

Cindy E. Cummings Kansas Notary Signature

Seal

CINDY E. CUMMINGS
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 5/7/17

# Affidavit of Fact

Now comes the Affiant, Cynthia Owens of Wichita, Kansas who is over the age of 21 years, and declares as follows, under penalty of perjury:

On March 13, 2013, my husband, Terry and I were at the home of Leon and Marilyn Lee in Wichita, Kansas. Leon and my husband, Terry were visiting outside the house; Marilyn and I were visiting inside the house.

Leon and my husband came into the house. While we were all visiting inside, Leon received several calls on his cell phone in a short period of time that interrupted our visiting. When his cell phone rang he would answer the calls and then hang up after he said several "hellos".

We stopped visiting after being interrupted several times by the continuation of calls on Leon's cell phone. I wondered what was going on. Terry asked Leon who was calling and Leon answered that he didn't know who was calling.

## AFFIRMATION

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true

At Wichita, Kansas on the  29  day of  May,  2014

_Cynthia Owens_
Cynthia Owens Affiant

On this  29th  day of  May  2014 Cynthia Owens did appear before me and authenticate this document for the purposes so stated.

_Cindy E. Cummings_  Kansas Notary Signature

Seal

CINDY E. CUMMINGS
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 2/77/17

## **Affidavit of Fact**

Now Comes the Affiant, Marilyn Lee, of Wichita, Kansas, who is over the age of 21 years, and declares as follows, under penalty of perjury:

1. On March 13, 2013 I was at home in Wichita, Kansas with my husband Leon Lee visiting with our friends, Cynthia and Terry Owens.

2. Cynthia and I were in the house visiting while Leon and Terry were in the garage and Leon was working on a car.

3. After Leon and Terry came inside Leon received a number of calls on his cell phone, one right after another, which made it impossible to have a conversation with our friends. Every time the cell phone rang Leon would answer "Hello, hello, hello" to which no one answered and he would hang up.

4. Terry asked him who was calling. Leon told Terry he had no idea who it was that was calling.

5. The calls continued coming in, interrupting our conversations, and upsetting Leon until Cynthia and Terry decided this was not a good time for Leon to be able to visit with them and they left for the day.

## AFFIRMATION

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true. I hereby further affirm that the basis of these beliefs is my own direct knowledge of the facts. Further the Affiant sayeth naught.

At Wichita, Kansas on the  6th  day of  June  2014

_____
Marilyn Lee, Affiant

On this 6th day of June 2014 Marilyn Lee did appear before me and authenticated this document for the purposes so stated.

_____ Kansas Notary Signature

Seal



KAREN M. ANGUIANO
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 5/7/15

## CERTIFICATE OF SERVICE

I certify that an original copy of the Plaintiffs Affidavit Of Fact of Terry Owens, Cynthia Owens, and Marilyn Lee was mailed to the below named party on the date stated below.

Done this 6th day of June, 2014

SPENCER FANE BRITT
& BROWNE LLC by USPS certified mail # 7012 3460 0002 1040 5940
1000 Walnut, Suite 1400
Kansas City MO, 64106

*Leon Lee* (signature)

Leon Lee