# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEON E. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-1084-MLB |
| | ) |
| LOANDEPOT.COM, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER EXTENDING STAY OF DISCOVERY AND SCHEDULE

Upon receipt of the status report from defense counsel, the court finds that the FCC decision has not yet been rendered. Accordingly, the request for an extension of the stay order shall be GRANTED. The stay of discovery and schedule shall be extended until **February 1, 2015** and counsel shall submit a status report no later than **January 26, 2015** to the chambers of the undersigned U.S. Magistrate Judge.

IT IS SO ORDERED.

Dated November 7th, 2014, at Wichita, Kansas.


S/ Karen M. Humphreys
KAREN M. HUMPHREYS
U.S. Magistrate Judge

1