## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEON E. LEE,                                )<br>                                                      )<br>                         Plaintiff,     )<br>                                                      )<br>v.                                                 )<br>                                                      )<br>LOANDEPOT.COM, LLC,            )<br>                                                      )<br>                         Defendant.  ) | Case No. 14-1084-MLB |

### ORDER EXTENDING STAY OF DISCOVERY AND SCHEDULE

Upon receipt of the status report from defense counsel regarding the pending FCC decision, the court ORDERS that the stay of discovery shall be extended to **May 1, 2015.** No later than **April 28, 2015**, counsel shall submit a status report containing suggestions for case management or a further extension of the stay. Counsel shall also advise of the likelihood of an order or ruling by the FCC on the issues presented in the pending litigation.

IT IS SO ORDERED.

Dated January 29th, 2015, at Wichita, Kansas.

S/ Karen M. Humphreys
KAREN M. HUMPHREYS
U.S. Magistrate Judge

1