**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| LEON E. LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:14-cv-01084-MLB-KMH |
| | ) | |
| LOANDEPOT.COM, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO EXTEND DEADLINE TO SUBMIT JOINTLY-PROPOSED PROTECTIVE ORDER AND DEADLINE TO FILE MOTION FOR PROTECTIVE ORDER**

Pursuant to this Court's Scheduling Order (Doc. 28), the deadline to submit a jointly-proposed protective order or to file a motion and supporting memorandum seeking a protective order is September 18, 2015. Defendant loanDepot.com, LLC ("Defendant"), by and through counsel, has submitted a draft jointly-proposed protective order to Plaintiff for Plaintiff's review and approval. However, Defendant asks that the Court extend these two deadlines one week, to September 25, 2015, to allow the parties to attempt to jointly agree on a protective order or, in the alternative, to allow Defendant to file a motion for a protective order.

WHEREFORE, Defendant respectfully requests that the Court extend to September 25, 2015, the deadline to submit a jointly-proposed protective order and the deadline to file a motion and supporting memorandum for a proposed protective order (in the event that the parties are unable to jointly agree as to the need for or scope of a protective order).

Dated this 18th day of September, 2015.

OM 367003.1

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: s/ Joshua C. Dickinson
   Joshua C. Dickinson    KS Bar No. 20632
   Bryant T. Lamer        KS Bar No. 22722
   1000 Walnut, Suite 1400
   Kansas City, MO 64106
   Telephone: (816) 474-8100
   Facsimile: (816) 474-3216
   E-mail: jdickinson@spencerfane.com
           blamer@spencerfane.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Kansas this 18th day of September, 2015, with notice of case activity generated and sent to Pro Se Plaintiff via first class mail, postage prepaid, addressed as follows:

Leon E. Lee
1314 Dunsworth
Wichita, KS 67212

s/ Joshua C. Dickinson
Attorney for Defendant